```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/5/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

Damien Folkes,

                          Defendant.

25 Cr. 57 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       By **March 25, 2025**, the Government shall file a combined response to the motions filed by Defendant *pro se* Damien Folkes.  *See* ECF Nos. 4–6.  By **April 8, 2025**, Folkes may file an optional reply.

       SO ORDERED.

Dated: March 5, 2025
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge