U.S. Department

United States
Southern Dist

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2025

*The Jacob K. Javits B*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 14, 2025

**By ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    *United States v. Damien Folkes*, **25 Cr. 057 (AT)**

Dear Judge Torres:

      The Government respectfully requests an extension of time to respond to the defendant's motions for a refund of "overpaid restitution" and early termination of supervised release, filed on March 4, 2025. (ECF Nos. 4-6).

      On March 5, 2025, the Court set a deadline of March 25, 2025, for the Government to respond to the defendant's motions. This matter originated in the Eastern District of New York, and jurisdiction over defendant's supervised release was transferred to the Southern District of New York in February 2025. As a result, no Assistant United States Attorney had been assigned to the matter at the time of the Court's Order, and the Office did not timely respond. The undersigned counsel for the Government was assigned to this matter today, April 14, 2025. Accordingly, the Government requests additional time to obtain and review records, to consider the Government's position on the motions, and to draft its response. The Government respectfully requests leave to file its response on or before May 5, 2025 (*i.e.*, three weeks from today).

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney

by: *Rita Maxwell*
      Rita Maxwell
      Assistant United States Attorney
      (212) 637-2206

GRANTED.  By **May 5, 2025**, the Government shall file its combined response to Mr. Folkes' motions at ECF Nos. 4-6.  By **May 19, 2025**, Mr. Folkes may file an optional reply.  The Clerk of Court is respectfully directed to mail a copy of this order to Defendant *pro se*.

SO ORDERED.

Dated: April 15, 2025
      New York, New York

ANALISA TORRES
United States District Judge