UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

Damien Folkes,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/30/2025

25 Cr. 57 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the motions filed by Defendant *pro se*, Damien Folkes, ECF Nos. 4–6, and the Government's response, ECF No. 11. The Court finds that it would benefit from counseled briefing on the issues raised by Mr. Folkes' motions and the Government's response. Accordingly, attorney Jessica A. Masella is APPOINTED as counsel to Mr. Folkes under the Criminal Justice Act.

The Government shall provide Mr. Folkes' counsel an unredacted copy of its response to his motion, at its earliest convenience, once attorney Masella enters an appearance in this matter.

By **June 20, 2025**, counsel for Mr. Folkes shall file a supplemental brief. By **July 7, 2025**, the Government shall file its supplemental response.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Folkes at the following two addresses:

87 Horizon CT, Apt B, Bronx, NY 10473

4148 Bronxwood Ave. Bronx, NY 10466

SO ORDERED.

Dated: May 30, 2025
    New York, New York

ANALISA TORRES
United States District Judge